Jie Sun
126 S. Marengo Ave. Apt. 18
Alhambra CA 91801

Tel.: (626) 566-5180
In Pro Se

FILED
CLERK U.S. DISTRICT COURT
NOV 23 2015
CENTRAL DISTRICT OF CALIFORNIA
                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jie Sun | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV15-07624 |
| v. | |
| Jeh Johnson, Lori Scialabba, Thomas Winkowski, Jason B. Aguilar | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

11/09/2015                          *Jie Sun* (signature)
Date                                 Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

Case Name: Sun v. Johnson, et. al.
Case Number: CV15-07624

# Proof of Service

I, Jie Sun hereby certify that on November 9, 2015, I served a copy of the Plaintiff's Notice of Dismissal at the following address:

> Office of U.S. Attorney, Civil Division
> 300 N. Los Angeles St. Suite 7516
> Los Angeles, CA 90012-3308

By first class mailing, postage prepaid.

_____          __11-4-15_____
Jie Sun                                   Dated